PROB 12C
(6/16)

Report Date: December 10, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Louis Mark Clark | Case Number: 0980 2:19CR00035-RMP-1 |
| Address of Offender: | Airway Heights, Washington 99001 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 14, 2020

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6), and 1153 |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: February 26, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: February 25, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/23/2021. Mr. Clark is set to appear for a detention hearing on December 14, 2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Clark is alleged to have violated the terms of his supervised release by using a controlled substance, methamphetamine, on or about December 7, 2021.

On February 26, 2021, the judgment and sentence was reviewed telephonically with Mr. Clark due to the COVID-19 limitations. Mr. Clark stated he understood the conditions of his term of supervised release, which included special condition number 6.

Following Mr. Clark's in initial appearance on December 9, 2021, Mr. Clark was directed to report to the probation office and was requested that he submit to a drug test. Mr. Clark tested positive for marijuana and methamphetamine. At that time, Mr. Clark denied any continued use of marijuana since the end of October 2021. Mr. Clark, however, did admit to using methamphetamine approximately 2 days prior, on or about December 7, 2021.

Prob12C
**Re: Clark, Louis Mark**
**December 10, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  s/Emely Cubias

December 10, 2021

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/10/2021
Date